DAVID ROGER
District Attorney
**CIVIL DIVISION**
State Bar No. 002781
By: **MICHAEL L. FOLEY**
Deputy District Attorney
State Bar No. 003669
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
Attorneys for Defendant
**Clark County**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE MUNOZ, et. al., ) | |
| Plaintiff, ) | Case No:   2:09-CV-00629-JCM-PAL |
| vs. ) | |
| CLARK COUNTY, NEVADA, et. al., ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED and AGREED between the Plaintiffs and Defendants as follows:

1. The County is restoring two (2) locations where newsracks may be placed on Las Vegas Boulevard and Plaintiffs will be issued permits to spots that were previously issued to him at those locations.

2. The County is conducting a record search and survey at the scene of Flamingo Road and Las Vegas Boulevard to determine if a former location in front of Bally's Casino is public right-of-way or is now private property.

3. The parties will continue to work together to determine if other spots that were previously held by the Plaintiffs are now in areas where the County code allows or does not allow permits to be issued.

4.  The Court may enter an order dismissing the above-captioned action, with prejudice, each of the parties to bear their own costs and fees.

DATED: December 7, 2011.               DATED: December 9, 2011.

DAVID ROGER
DISTRICT ATTORNEY

By: /s/ Michael Foley                          By: /s/ Eddie Munoz
MICHAEL L. FOLEY                              EDDIE MUNOZ
Deputy District Attorney                       STRIP ADVERTISING
State Bar No. 003669                           PO BOX 61344
500 S. Grand Central Pkwy. 5th Flr.            LAS VEGAS NV 89160
P. O. Box 552215                               *Plaintiff*
Las Vegas, NV  89155-2215
Attorney for Defendants

## ORDER

IT IS SO ORDERED this  12th   day of December, 2011.

_____
James C. Mahan
UNITED STATES DISTRICT COURT JUDGE