1  DAVID ROGER
   District Attorney
2  **CIVIL DIVISION**
   State Bar No. 002781
3  By: **MICHAEL L. FOLEY**
   Deputy District Attorney
4  State Bar No. 003669
   500 South Grand Central Pkwy.
5  P. O. Box 552215
   Las Vegas, Nevada 89155-2215
6  (702) 455-4761
   Fax (702) 382-5178
7  Attorneys for Defendant
   **Clark County**
8

9                UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11 EDDIE MUNOZ, et. al.,                )
                                        )
12            Plaintiff,                )   Case No:   2:09-CV-00629-JCM-PAL
                                        )
13 vs.                                  )
                                        )
14 CLARK COUNTY, NEVADA, et. al.,       )
                                        )
15            Defendant.                )
   _____)
16

17                       **STIPULATION TO DISMISS**

18     IT IS HEREBY STIPULATED and AGREED between the Plaintiffs and Defendants
19 as follows:

20     1.   The County is restoring two (2) locations where newsracks may be placed on
21 Las Vegas Boulevard and Plaintiffs will be issued permits to spots that were previously
22 issued to him at those locations.

23     2.   The County is conducting a record search and survey at the scene of Flamingo
24 Road and Las Vegas Boulevard to determine if a former location in front of Bally's Casino is
25 public right-of-way or is now private property.

26     3.   The parties will continue to work together to determine if other spots that were
27 previously held by the Plaintiffs are now in areas where the County code allows or does not
28 allow permits to be issued.

4. The Court may enter an order dismissing the above-captioned action, with prejudice, each of the parties to bear their own costs and fees.

DATED: December 7, 2011.                    DATED: December 9, 2011.

DAVID ROGER
DISTRICT ATTORNEY

By: /s/ Michael Foley                                    By: /s/ Eddie Munoz
MICHAEL L. FOLEY                                    EDDIE MUNOZ
Deputy District Attorney                              STRIP ADVERTISING
State Bar No. 003669                                   PO BOX 61344
500 S. Grand Central Pkwy. 5th Flr.          LAS VEGAS NV 89160
P. O. Box 552215                                         *Plaintiff*
Las Vegas, NV 89155-2215
Attorney for Defendants

## ORDER

IT IS SO ORDERED this  12th  day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE